Augusta Spearman Jr.
Plaintiff

v.

Jones, Hawkins, Serohowski
Defendants

**FILED**
MAR 15 2011
Mar 15, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10cv 7037

Case no: 10 C 7037

Judge: John W. Darrah

### Motion of Judgement for plaintiff

Here come the plaintiff Augusta Spearman Jr., pro se, on the date of the 10 day, in the month of March with-in the year being 2011, I request this Honorable court to render judgement on behalf of I Augusta Spearman Jr. the plaintiff as requested in my relief in my suit. On the grounds I made effort to bring this suit to the courts and sent the summons to the U.S. Marshalls to be served to the defendants Jones, Hawkins, Serohowski on the date of the 9th day in the month of December with-in the year being 2010 and here it is March 10, 2011 three months later and still the defendants fail to respond to the summons and accusations opposed upon them hindering me from moving forward in my lawsuit against said defendants and seeking closure and relief

( Defendants fail to reply in the alloted time given to all partys by the court of law )

Augusta Spearman
signature

2500 rt. 99 south mt. sterling, Ill 62353